IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------X
                                                  :
GLORIA PALMIERI                       :          3:08 CV 292 (JGM)
                                                  :
V.                                                     :
                                                  :
GEORGE KAMMERER & JOSEPH MURGO   :          DATE: JANUARY 18, 2011
                                                  :
-------------------------------------------------------X

## ORDER

By agreement of counsel at the conclusion of the trial on November 15, 2010 (Dkt. #55) and the transcript having been filed on January 14, 2011 (Dkt. #56), plaintiff's post-trial brief will be filed **on or before January 28, 2011**, defendants' post-trial brief will be filed **on or before February 11, 2011**, and plaintiff's reply brief, if any, will be filed **on or before February 18, 2011**.

Dated at New Haven, Connecticut, this 18th day of January, 2011.

                                                                  __/s/ Joan G. Margolis, USMJ__
                                                                  Joan Glazer Margolis
                                                                   United States Magistrate Judge